IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTINE MENDOZA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: 5:23-CV-309-OLG |
| | § | |
| MPF SALES & MARKETING | § | |
| GROUP, LLC d/b/a MPF SALES & | | |
| MARKETING | § | |
| Defendant. | § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE ORLANDO L. GARCIA, JUDGE, UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

COMES NOW Plaintiff, Christine Mendoza, in the above styled and numbered cause and files this Plaintiff's First Amended Complaint and would respectfully show the Court as follows:

## I.
## PARTIES AND SERVICE

1.  Plaintiff, Christine Mendoza (herein after "Mendoza" or "Plaintiff"), is a citizen of the United States and the State of Texas and resides in Bexar County, Texas.

2.  Defendant, MPF Sales & Marketing, LLC, d/b/a MPF Sales & Marketing (hereinafter "MPF" or "Defendant"), is a for Profit Limited Liability Company, doing business in Bexar County, Texas. Defendant has answered Plaintiff's Original Petition in state court and removed this lawsuit to Federal Court. Service of Plaintiff's First Amended Complaint may be effected by delivering a copy of said pleading on Adrian P.

Synyszyn by Email: asenyszyn@germer-sa.com 1826 North Loop 1604 West, Suite 300 San Antonio, TX 78248.

## II.
## JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter and the parties to this case.

## III.
## JURY DEMAND

4. Plaintiff has requested trial by jury.

## IV.
## AGENCY

5. Whenever in this Amended Complaint it is alleged that the Defendant did any act or thing, it is meant that Defendant's officers, agents, servants, employees or representatives did such act or thing and that at the time such act or thing was done, it was done with the full authorization or ratification of or by Defendant and was done in the normal and routine course and scope of employment of Defendant's officers, agents, servants, employees or representatives.

## V.
## FACTS

6. On or about October 7, 2022, David Huddle, falsely accused Plaintiff verbally and in writing of making repeated inappropriate comments in the workplace in violation of MPF's Standards of Conduct policy. This meeting was attended by Plaintiff's Bakery Executive Sales Manager, Eric Fauser, Huddle and Mendoza. The written false

accusation was a letter dated October 7, 2022, from Sarah Luers. Luers was MPF's Human Resources Manager and Huddle handed the Luers letter to Plaintiff at the start of the meeting. The letter falsely claims that Mendoza was being terminated for making repeated inappropriate comments in the workplace. Huddle never identified the alleged inappropriate comments. Huddle is a manager and part owner of MPF. These allegations were false and Luers, Huddle and Fauser knew they were false when they made the allegations. Huddle asked Mendoza to sign a document that did not admit guilt for the allegations but would allow Huddle to pay Plaintiff her vacation. Luers and Huddle used these false allegations as the basis for terminating the employment of Mendoza and ruining a sterling reputation built around 42 years in the bakery business.

7. Luers and Huddle have issued defamatory statements about Mendoza that are injurious to her office, profession and occupation amounting to Libel Per Se and Slander Per Se. The damage inflicted upon Plaintiff's reputation in the bakery industry is presumed.

8. The allegations made by Luers, in writing, and Huddle, verbally, were known by Defendant to be false or were made with reckless disregard as to whether they were true or false. Nevertheless, these statements were communicated and published by Luers and Huddle without privilege for doing so and Defendant, through the conduct of Luers and Huddle, knew and understood the allegations made about Plaintiff to have been made in an accusatory and defamatory context.

9. When these defamatory statements were made and published by Luers, Huddle and MPF, there was information available to Luers, Huddle and MPF that raised serious doubts about the truth of the statements being communicated and published, but

Page 3 of 5

Luers, Huddle and MPF made no effort to prevent the publishing of false statements about Plaintiff. Luers and Huddle were not punished or censured for doing so. These false allegations were made intentionally, knowingly and with ill will, actual malice and reckless disregard for their truth or falsity, and without legal excuse or privilege. The allegations about Mendoza tended to injure her reputation and expose her to public hatred, contempt, ridicule and financial injury, and to impeach her honesty, integrity, virtue and reputation.

10. Under Texas Common Law, Defamation elements include 1) the publication of a false statement; 2) that was defamatory concerning the Plaintiff; 3) with the requisite degree of fault and 4) damages, in some cases. Defamation Per Se refers to statements that are so obviously harmful that general damages may be presumed.

## VI.
## DAMAGES

11. By reason of Defendant's acts and conduct, as herein alleged, Plaintiff has been damaged as follows:

a.) Compensatory damages (including emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-economic damages).

b.) Economic damages in the form of lost back pay and lost fringe benefits in the past. Economic damages, in the form of lost wages and fringe benefits that will, in reasonable probability, be sustained in the future.

c.) Damage to Plaintiff's reputation both in the past and within reasonable probability in the future as well.

d.) Punitive damages for Defendant engaging in unlawful intentional

Libel and Slander with reckless indifference to the protected rights of an aggrieved individual like Plaintiff, Christine Mendoza.

Respectfully submitted,

By: /s/ *Dennis L. Richard*
Dennis L. Richard
LAW OFFICE OF DENNIS L. RICHARD
Texas Bar No. 16842600
dennislrichardlaw@gmail.com
14255 Blanco Road
San Antonio, TX 78216
Tel. (210) 308-6600
Fax. (210) 308-6939

Attorney for Plaintiff
Christine Mendoza

## CERTIFICATE OF SERVICE

I certify that on July 24, 2023, a copy of the foregoing document was served on all attorneys of record in this cause as follows:

Email: asenyszyn@germer-sa.com
Adrian P. Senyszyn
dschick@germer-sa.com
Daniel D. Schick
1826 North Loop 1604 West, Suite 300
San Antonio, TX 78248

/s/ *Dennis L. Richard*
Dennis L. Richard

Page **5** of **5**