Case 5:23-cv-00309-OLG   Document 15   Filed 11/01/23   Page 1 of 1

**FILED**
November 01, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Tyler Martin_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHRISTINE MENDOZA § | |
| § | |
| v. § | CASE NO. 5:23-cv-309-OLG |
| § | |
| MPF SALES & MARKETING GROUP, LLC § | |
| D/B/A MPF SALES MARKETING § | |

___

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
___

On this 1st day of November, 2023 came all Parties who jointly moved this Court to dismiss the above captioned suit in whole, with prejudice as to Plaintiff's rights to refile the same. In this connection, it was represented to the Court that all claims asserted in this matter have been compromised and fully resolved, and that, as part of such resolution, all claims asserted by Plaintiff are to be dismissed with prejudice. The Court, having been fully advised and having considered the Parties' Agreed Motion to Dismiss with Prejudice, is of the opinion that the motion should in all things be granted.

IT IS SO ORDERED that the Parties' Agreed Motion to Dismiss with Prejudice is GRANTED, and the captioned case is dismissed with prejudice with costs to be paid by the Party incurring the same. This judgment is final in all respects and dismisses all claims held by the Parties that are or could be brought in this case.

SIGNED this 1st day of November, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE